UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RAFAEL GUADALUPE PALACIOS OZUNO,

Plaintiff,

v.

SERGIO ALBARRAN, et al.,

Defendants.

Case No. 26-cv-11536-BLF

**ORDER RE SERVICE**

The Court construes Petitioner's request for court-appointed counsel and other remedial requests as also making an ancillary request that the Court order service on his behalf. *See* ECF Nos. 1, 2. Rule 4(c)(3) provides that: "[a]t the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. Fed. R. Civ. P. 4(c)(3). Under the plain language of the rule, federal courts may order service on the plaintiff's behalf even if that plaintiff is not proceeding *in forma pauperis* (IFP).

Construing the motion as such serves the interests of justice. Petitioner proceeds per se—the Court denied his request for appointment of counsel, *see* ECF No. 3—and he is currently detained; hence, he is "unable to execute service upon the Defendants on his own behalf and to timely pursue the prosecution of his case." *Moore v. Duran*, 2023 WL 3441581, at *2 (S.D. Cal. Apr. 24, 2023) (construing motion as a motion for IFP and granting said motion "in light of Plaintiff's pro se and incarcerated status," even where Plaintiff paid a $402 filing fee).

United States District Court
Northern District of California

United States District Court
Northern District of California

Accordingly, IT IS HEREBY ORDERED THAT the Clerk of the Court shall issue summons for Defendants. It is further ordered service of process be effected by the U.S. Marshal for the Northern District of California.

**IT IS SO ORDERED.**

Dated: October 15, 2026

BETH LABSON FREEMAN
United States District Judge