United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAFAEL GUADALUPE PALACIOS OZUNO,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No. 26-cv-11536-BLF

**ORDER TO SHOW CAUSE**

Pro se Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention by U.S. Immigration and Customs (“ICE”). ECF No. 1. This court may entertain a petition for a writ of habeas corpus “in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States.” 28 U.S.C. § 2254(a). The court shall “award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto.” 28 U.S.C. § 2243.

Petitioner challenges his detention under 8 U.S.C. § 1357(a)(2), the Fourth Amendment, and the Fifth Amendment. Liberally construed, this claim is cognizable and

merits an answer from Respondent.

For the foregoing reasons and for good cause shown,

(1) The clerk shall serve electronically a copy of this order upon the respondent and the respondent's attorney, the United States Attorney for the Northern District of California, at the following email addresses: usacan.ecf@usdoj.gov; pamela.johann@usdoj.gov; and kathy.terry@usdoj.gov. The petition and the exhibits thereto are available via the Electronic Case Filing System for the Northern District of California. The clerk shall serve by mail a copy of this order on Petitioner.

(2) Respondent shall file with the court and serve on Petitioner, within **thirty (30) days** of the issuance of this order, an answer showing cause why a writ of habeas corpus should not be issued. If Petitioner wishes to respond to the answer, she shall do so by filing a traverse with the Court and serving it on Respondent within **thirty (15) days** of his receipt of the answer.

(3) Respondent may file a motion to dismiss on procedural grounds in lieu of an answer. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within **twenty-eight (28) days** of receipt of the motion, and Respondent shall file with the court and serve on Petitioner a reply within **fourteen (14) days** of receipt of any opposition.

(5) Upon a showing of good cause, requests for a reasonable extension of time will be granted provided they are filed on or before the deadline they seek to extend.

**IT IS SO ORDERED.**

Dated: October 20, 2026

BETH LABSON FREEMAN
United States District Judge